UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 6:13-CV-00717-MGL |
| | : (No. 12-1115 -2012-4th Cir.) |
| ALTON H. PIESTER, LLC | : |
| | : |
| Respondent, | : |
| | : |
| and | : |
| | : |
| ADM PROCESSING DIVISION | : |
| ALFONZAS LAWN SERVICE INC. | : |
| ARCHER DANIELS MIDLAND CO. | : |
| AREA SAND & GRAVEL, INC | : |
| BRANCH BANKING AND TRUST COMPANY | : |
| BLUE MOON LANDSCAPING | : |
| CAROLINA EASTERN INC. | : |
| CHARLESTON CASON COMPANIES, INC., | : |
| D/B/A CASON BUILDERS SUPPLY, | : |
| TRI-COUNTY OIL, MARION OIL | : |
| CLINTON T. & VANOY M. CLARK COASTAL | : |
| LANDSCAPE SUPPLY, LLC COMMERCIAL | : |
| METALS COMPANY CRIMSON STONE INC. | : |
| FOOTHILLS FOREST PRODUCTS | : |
| KING PALLET CO., DIV. OF A. KING FOREST | : |
| PRODUCTS, LLC L.B.M. INDUSTRIES, INC. | : |
| LANDSCAPERS SUPPLY, INC., LANDSCAPERS | : |
| SUPPLY OF GREENVILLE LOWCOUNTRY | : |
| MULCH; MCDANIEL TRADING, INC. | : |
| MOUNTAIN WOODLANDS, LLC | : |
| OVERBRIDGE FARM, LLC | : |
| PMR INC., YARD 2, ROBERT J. EMERY, JR. | : |
| SATTERWHITE FARMS, LLC, | : |
| SETZLER FARMS, SHAVER SAND & GRAVEL | : |
| INC., D/B/A FROGGY BOTTOM MATERIALS, | : |
| INC., SOUTHERN MULCH, SOUTHERN | : |
| STATES, STANLEY BISHOP SOLE PROP D/B/A | : |
| STANLEY BISHOP'S FARM : TD BANK, N.A. | : |
| THE ORIGINAL LANDSCAPE SUPPLY | : |
| THE SCOULAR CO. : TRINITY FARMS, LLP | : |
| TRUCAST, INC. | : |

| | |
|---|---|
| VALLEY FARMERS COOPERATIVE | : |
| VERNON CREEK FARMS | : |
| WELLS FARGO BANK, N.A. | : |
| | : |
| Garnishees. | : |

**ORDER**

Based upon the Stipulation and Order of Settlement which this Court approved on December 2, 2013, the Writ of Garnishment entered in this matter is hereby VACATED.

IT IS ORDERED that TD Bank, NA and Wells Fargo Bank are each directed to unfreeze and/or make accessible to Respondent all bank accounts in the name of Alton H. Piester, LLC immediately, but no later than 24 hours from receipt of this Order, service to be made by hand delivery to a bank branch, electronic delivery, facsimile or overnight delivery.

IT IS FURTHER ORDERED that the remaining named Garnishees in this action shall immediately release all held funds pursuant to the Writ of Garnishment in this action.

Dated: this 2nd day of December, 2013

SO ORDERED:

**s/Mary G. Lewis**
Honorable Mary G Lewis
United States District Court Judge